ANTHONY L. MARTIN, ESQ.
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA, ESQ.
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
JAMES BERCHTOLD, ESQ.
Nevada Bar No. 5874
jim.berchtold@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants Eldorado Resorts Corporation and Michael Marrs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARCELLA PARR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; BRUCE POLANSKY; KRISTEN BECK; DOMINIC TALEGHANI; JAMES GRIMES;AND DOES 1-50, inclusive;<br><br>　　　　　Defendants. | Case No.:  2:15-cv-01030-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS AND RESPONSES AND REPLIES THERETO**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2, LR 7-1 and LR 26-4, Plaintiff Marcella Parr ("Plaintiff") and Defendants Eldorado Resorts Corporation and Michael Marrs (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to this first request for extension of time for the parties to file dispositive motions in this action, along with related responses and replies. Pursuant to the Court's September 22, 2016, Order for Extension of

Discovery Deadlines (ECF No. 44), the current deadline for filing dispositive motions in this case is January 30, 2017, (*see id.* at 8). The parties have completed all discovery in this matter, and good cause exists for the proposed extension based upon the following:

As the Court is aware, this case is one of thirty-three related lawsuits sitting before this Court. Recognizing the complexity of litigating these lawsuits simultaneously, the parties agreed to divide the cases into five groups and stagger deadlines in order to streamline the litigation process and avoid overlapping dispositive motion deadlines. Defendants' filed Motions for Summary Judgment on September 1, 2016 and September 15, 2016, in Group II cases. Unfortunately, response and reply briefing has been delayed and will not be completed before the deadline for filing dispositive motions in this case.[1]

Based upon the foregoing, the parties have agreed that the dispositive motion deadlines should be extended by forty-five (45) days in the following manner:

- Defendants shall file their dispositive motions no later than **March 16, 2017**;
- Plaintiff shall file any response to Defendants' dispositive motions no later than **April 17, 2017 (30th day is Saturday, April 15, 2017)**;
- Defendants shall file their reply no later than **May 17, 2017**.

/ /
/ /
/ /
/ /
/ /
/ /

---

[1] This request for additional time is also addressed in Defendants' Limited Response to Plaintiff's Motion for an Extension of Time.

2

This stipulation is not brought for purposes of delay or any other improper purpose.

Dated this 20th day of December, 2016.

| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Daniel R. Watkins<br>Daniel R. Watkins<br>Brian S. Letofsky<br>8215 South Eastern Avenue<br>Suite 280<br>Las Vegas, NV 89123<br><br>*Attorneys for Plaintiff Marcella Parr* | /s/ Anthony L. Martin<br>Anthony L. Martin<br>Jill Garcia<br>Jim Berchtold<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendants Eldorado Resorts Corporation and Michael Marrs* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

December 28, 2016
DATED

3