ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendants Eldorado Resorts Corporation,
Michael Marrs, Kristen Hayde and Dominic Taleghani*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARCELLA PARR,<br><br>   Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; BRUCE POLANSKY; KRISTEN BECK; DOMINIC TALAGANI; JAMES GRIMES; AND DOES 1-50, inclusive;<br><br>   Defendants. | Case No.: 2:15-cv-01030-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

  Plaintiff Marcella Parr ("Plaintiff") and Defendants Eldorado Resorts Corporation, Michael Marrs, Kristen Hayde, and Dominic Taleghani ("Defendants"),[1] by and through their undersigned counsel, hereby stipulate that all claims Plaintiff had, or may have had, against Defendants that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

---

[1] Individual Defendants Bruce Polansky and James Grime were terminated per Notice of Voluntary Dismissal on December 18, 2015. (ECF No. 25.)

Each party to bear their own fees and costs.

Dated this 9th day of April, 2019.

| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/     Eran S. Forster | /s/     Jill Garcia |
| Daniel R. Watkins<br>Brian S. Letofsky<br>Eran S. Forster<br>8215 S. Eastern Avenue<br>Suite 265<br>Vegas, NV  89123<br>Telephone:  702-901-7553<br>*Attorneys for Plaintiff Marcella Parr* | Anthony L. Martin<br>Jill Garcia<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV  89169<br>Telephone:  702.369.6800<br>*Attorneys for Defendant Eldorado Resorts Corporation, Michael Marrs, Kristen Hayde, and Dominic Taleghani* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 9th day of April, 2019.

38078379.1

2